# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00683-CV

**In re Christopher Tremane Saunders**

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Christopher Tremane Saunders has filed an original petition for writ of habeas corpus in this Court. The petition for writ of habeas corpus is dismissed for want of jurisdiction.[1] *See* Tex. Gov't Code § 22.221(d) (court of appeals may issue writ of habeas corpus when person is restrained because "of the violation of an order, judgment, or decree previously made, rendered, or entered by the court or judge in a civil case"); *see also* Tex. Code Crim. Proc. art. 11.05 (listing courts with authority to issue writ of habeas corpus in criminal proceedings).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed: December 4, 2015

_____

[1] Saunders attached a document entitled "subpoena" to his petition for writ of habeas corpus, in which he requests that we order the court reporter to file the reporter's record related to his underlying criminal case. This request is also dismissed.